EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                          | 2013 TSPR 48    |
|-----------------------------------------------------------------|-----------------|
| Aprobación de Cambio de Estatus<br>Inactivo de enero a marzo de 2013 | 188 DPR ____ |

Número del Caso: EM-2013-02

Fecha: 16 de abril de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de Cambio de
Estatus Inactivo de
enero a marzo de 2013          EM-2013-2

RESOLUCIÓN

San Juan, Puerto Rico, a 16 de abril de 2013.

Durante el periodo de enero a marzo de 2013, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) en RUA de los siguientes abogados(as):

**enero**

| | |
|---|---|
| Rafael A. Pacheco Benetti | 2191 |
| Diego Maldonado Colón | 3550 |
| Nicolás de la Torre Franqui | 4290 |

**febrero**

| | |
|---|---|
| Miguel A. Giménez Muñoz | 1737 |
| Reinaldo Rodríguez Pagán | 2123 |
| Ileana M. Bonet Fernández | 2896 |
| Anselmina Gauthier Rosario | 3114 |
| Carmen E. Torres Rivera | 3606 |
| Adán L. Meléndez Collazo | 3607 |
| Nereida Benito de Parada | 3800 |
| Cesar Estremera Soto | 3817 |
| Nelson Márquez Lizardi | 3856 |
| Gladys Nevárez Andino | 3918 |
| Vannessa Ramírez Martínez | 6073 |
| Carmen Ana Cintrón Rodríguez | 6110 |

**marzo**

| | |
|---|---|
| Raymond L. Acosta | 1869 |
| Marianita Casellas Márquez | 1928 |
| Zulma Zayas Puig | 2312 |
| Nazario Lugo Silvagnoli | 2790 |
| Edwin W. Tyler Albizu | 3073 |
| Yamil R. Suárez Marchan | 3537 |
| Carmen E. Rodríguez Pardo | 3775 |
| Antonio Ramos Román | 4223 |
| Raymond L. Durand Villar | 4576 |
| Nayda I. Ramírez Ortiz | 4602 |
| Nilda S. Ortiz García | 4793 |
| Ada L. Font López | 5636 |
| Rafael Rivera Lehman | 6322 |
| Francisco L. Borges Ruiz | 6818 |
| Gloria Díaz González | 6888 |
| Bruno E. Cortés Trigo | 7240 |
| Carmen Irizarry Díaz | 7434 |
| Edgar Méndez Torres | 7707 |
| Ramón Luis Díaz Rodrigo | 7716 |
| Fernando E. Bayrón Toro | 8477 |
| Luis Alberto González Buitrago | 8507 |
| Lizzette Marie Soler Agostini | 8656 |
| Ixa M. López Paláu | 8680 |
| Dolores Barceló Ramírez | 9224 |
| María Hortensia Ríos Gándara | 9417 |
| Luis A. Pagán Torres | 9639 |
| Arturo J. Vélez Ramos | 12,484 |
| Arleen Pabón Charneco | 12,646 |
| Rafael A. Saint Germain Menéndez | 13,350 |
| Gualberto Del Toro Colberg | 13,559 |
| Raúl Joglar Clivillés | 13,723 |
| Rafael Andrade Ravelo | 14,722 |

Publíquese.


Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo